AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

George Bernard
*Plaintiff*
v.
Health View Services, Inc., et al.
*Defendant*

) Case No. 26-02107-NBF

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff George Bernard .

Date: 9/24/26


Mark J. Golen II, Esquire
*Attorney's signature*

/s/Mark J. Golen II, Esquire
*Printed name and bar number*

Gordon Rees Scully Mansukhani, LLP
75 Hopper Place, Suite 301
Pittsburgh, PA 15222
*Address*

mgolen@grsm.com
*E-mail address*

(412) 316-2928
*Telephone number*

(412) 347-5461
*FAX number*