AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:26-cv-02107-NBF**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Ron Mastrogiovanni**
was received by me on **10/02/2026:**

☐ I personally served the **APPEARANCE OF COUNSEL; COMPLAINT; CIVIL COVER SHEET; SUMMONS** on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Joseph Cirone**, a person of suitable age and discretion who resides at **60 Coppermine Rd, Topsfield, MA 01983-2019**, on **10/05/2026 at 1:01 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date: 10/05/2026

[signature]

*Server's signature*

**Johanny B Adames**

*Printed name and title*

**139 Salem St**
**Lawrence, MA 01843**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, APPEARANCE OF COUNSEL; COMPLAINT; CIVIL COVER SHEET; SUMMONS, to Joseph Cirone who identified themselves as the subject's roommate, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'10"-6'0" tall and weighing 140-160 lbs with glasses.**

Tracking #: **0244798446**