AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **2:26-cv-02107-NBF**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **HealthView Services Inc.**
was received by me on **10/02/2026:**

☐ I personally served the **APPEARANCE OF COUNSEL; COMPLAINT; CIVIL COVER SHEET; SUMMONS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Joseph Cirone**, who is designated by law to accept service of process on behalf of **HealthView Services Inc.** at **35 Village Rd Ste 100, Middleton, MA 01949** on **10/05/2026 at 12:52 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date: 10/05/2026

*Server's signature*

**Johanny B Adames**
*Printed name and title*

**139 Salem St**
**Lawrence, MA 01843**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, APPEARANCE OF COUNSEL; COMPLAINT; CIVIL COVER SHEET; SUMMONS, to Joseph Cirone who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'10"-6'0" tall and weighing 140-160 lbs with glasses.**

Tracking #: **0244793020**