**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GEORGE BERNARD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **No. 2:26-CV-02107-NBF** |
| | : | |
| **HEALTH VIEW SERVICES, INC. and RON MASTROGIOVANNI,** | : | **Electronically Filed** |
| | : | |
| **Defendants.** | : | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S**
**COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Health View Services, Inc. and Ron Mastrogiovanni, by and through their undersigned counsel, hereby move to dismiss Plaintiff George Bernard's Complaint in the above-captioned matter due to failure to state a claim upon which relief can be granted. The grounds supporting this Motion are set forth in Defendant's supporting memorandum of law filed contemporaneously herewith.

Date: October 26, 2026

/s/ Michael A. Comber
Michael A. Comber (PA Bar No. 81951)
COMBER MILLER LLC
436 Seventh Avenue
Pittsburgh, PA 15219
(412) 894-1380 (telephone)
(412) 291-2109 (fax)
mcomber@combermiller.com

Patrick J. Brier (PA Bar No. 44711)
*(General Admission pending)*
Donna A. Walsh (PA Bar No. 74833)
*(General Admission pending)*
MYERS, BRIER & KELLY, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100 (telephone)
(570) 342-6147 (fax)
pbrier@mbklaw.com
dwalsh@mbklaw.com

Counsel for Defendants,
Health View Services, Inc. and
Ron Mastrogiovanni

**CERTIFICATE OF CONFERRAL**

I, Donna A. Walsh, hereby certify that all parties have, in good faith, met and conferred to reach agreement on the issues raised in this motion pursuant to Federal Rule of Civil Procedure 12 as required by this Court's Practices and Procedures.

Date: October 26, 2026

/s/ Donna A. Walsh
Donna A. Walsh

**CERTIFICATE OF SERVICE**

I, Michael A. Comber, hereby certify that a true and correct copy of the foregoing Motion To Dismiss was served upon the following counsel of record via the Court's ECF system, on this 26th day of October 2026:

Craig W. Snethen
Mark J. Golen, II
GORDON & REES, LLP
75 Hopper Place, Suite 301
Pittsburgh, PA 15222

/s/ Michael A. Comber
Michael A. Comber